Emmanuel Y Guerin
Crystal R Francis
8 Valentine Drive
Rensselaer, NY  12144

**UST Form 101-13-FR-S (09/01/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF NEW YORK**
**ALBANY DIVISION**

| | |
|---|---|
| In re:<br>　　　Emmanuel Y Guerin<br>　　　Crystal R Francis<br>　　　　　　Debtor(s) | Case No. 12-11023 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

　　　Andrea E. Celli, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

　　　1)　The case was filed on <u>04/18/2012</u>.

　　　2)　The plan was confirmed on <u>08/09/2012</u>.

　　　3)　The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on <u> NA </u>.

　　　4)　The trustee filed action to remedy default by the debtor in performance under the plan on <u>10/25/2012</u>.

　　　5)　The case was converted on <u>12/02/2012</u>.

　　　6)　Number of months from filing to last payment: <u>0</u>.

　　　7)　Number of months case was pending: <u>8</u>.

　　　8)　Total value of assets abandoned by court order: <u> NA </u>.

　　　9)　Total value of assets exempted: <u>$78,532.00</u>.

　　　10) Amount of unsecured claims discharged without payment: <u>$0.00</u>.

　　　11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $1,744.14 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$1,744.14** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $126.70 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $138.94 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$265.64** |
| Attorney fees paid and disclosed by debtor: | $0.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ALBANY MEDICAL CENTER HOSPITA | Unsecured | 13,327.00 | 0.00 | 13,527.23 | 0.00 | 0.00 |
| ALBANY MEDICAL COLLEGE | Unsecured | 524.00 | 0.00 | 1,241.00 | 0.00 | 0.00 |
| CACH, LLC | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 8,105.00 | 0.00 | 9,916.37 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 508.00 | 0.00 | 518.15 | 0.00 | 0.00 |
| CB OF THE HUDSON VALLEY | Unsecured | 696.00 | NA | NA | 0.00 | 0.00 |
| CB OF THE HUDSON VALLEY | Unsecured | 154.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK, NA | Unsecured | 1,830.00 | NA | NA | 0.00 | 0.00 |
| CRD PRT ASSO | Unsecured | 2,002.00 | NA | NA | 0.00 | 0.00 |
| ECMC | Unsecured | 27,858.00 | 0.00 | 28,471.10 | 0.00 | 0.00 |
| EMMANUEL | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| ER SOLUTIONS | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |
| HSBC MORTGAGE USA | Secured | 223,487.00 | NA | NA | 0.00 | 0.00 |
| HYUNDAI MOTOR FINANCE CO | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | 527.00 | 0.00 | 527.61 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Unsecured | NA | 0.00 | 510.00 | 0.00 | 0.00 |
| JPMORGAN CHASE BANK NA | Secured | 9,395.00 | 0.00 | 9,098.19 | 1,188.72 | 289.78 |
| MID AMERICA BANK & TRUST | Unsecured | 524.00 | NA | NA | 0.00 | 0.00 |
| MID AMERICA BANK & TRUST | Unsecured | 399.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT | Unsecured | 466.00 | 0.00 | 465.87 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | NA | 0.00 | 8,364.97 | 0.00 | 0.00 |
| MIDLAND CREDIT MANAGEMENT | Unsecured | 612.00 | 0.00 | 658.91 | 0.00 | 0.00 |
| ORANGE LAKE COUNTY CI | Unsecured | 28,765.00 | NA | NA | 0.00 | 0.00 |
| ORANGE LAKE COUNTY CI | Unsecured | 13,765.00 | NA | NA | 0.00 | 0.00 |
| OVERTON RUSSELL & DOERR | Unsecured | 491.00 | NA | NA | 0.00 | 0.00 |
| PAUL MICHAEL MARKETING | Unsecured | 231.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 622.00 | 0.00 | 622.82 | 0.00 | 0.00 |
| RESURGENT CAPITAL SERVICES | Unsecured | 878.00 | 0.00 | 628.26 | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SALLIE MAE INC ON BEHALF OF | Unsecured | 6,103.00 | 0.00 | 18,324.88 | 0.00 | 0.00 |
| SALLIE MAE-DEPT OF EDUCATION | Unsecured | 3,700.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE-DEPT OF EDUCATION | Unsecured | 3,267.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE-DEPT OF EDUCATION | Unsecured | 2,203.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE-DEPT OF EDUCATION | Unsecured | 1,290.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE-DEPT OF EDUCATION | Unsecured | 1,017.00 | NA | NA | 0.00 | 0.00 |
| SAMARITAN HOSPITAL | Unsecured | NA | 0.00 | 674.69 | 0.00 | 0.00 |
| SEARS | Unsecured | NA | NA | NA | 0.00 | 0.00 |
| SEARS | Unsecured | 776.00 | NA | NA | 0.00 | 0.00 |
| SIMONS AGENCY INC | Unsecured | 36.00 | NA | NA | 0.00 | 0.00 |
| STATCU/GLHEC | Unsecured | 27,858.00 | NA | NA | 0.00 | 0.00 |
| TCAR COLLECTIONS SERV | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| VANTIUM CAPITAL, INC. | Unsecured | 0.00 | 0.00 | 10,150.52 | 0.00 | 0.00 |
| VIRTUOSO SERVICES | Unsecured | 798.00 | NA | NA | 0.00 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $9,098.19 | $1,188.72 | $289.78 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$9,098.19** | **$1,188.72** | **$289.78** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$94,602.38** | **$0.00** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $265.64 |
| Disbursements to Creditors | $1,478.50 |
| **TOTAL DISBURSEMENTS:** | **$1,744.14** |

UST Form 101-13-FR-S (09/01/2009)

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 12/03/2012                    By: /s/ Andrea E. Celli
                                            Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**