So Ordered.

_____
Robert E. Littlefield, Jr.
Chief, United States Bankruptcy Judge

Signed this 5 day of April, 2013.

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------x
In re:

    Emmanuel Y. Guerin, and                      Case No. 12-11023 - rel
    Crystal R. Francis,                               (Chapter 7)

                       Debtors.
--------------------------------------------------------x

_____

### ORDER DISMISSING CASE
_____

        **THIS CASE,** having come for consideration before this Court on April 3, 2013, and

        **UPON**, the motion for an order seeking dismissal of the Chapter 7 case of Crystal R. Francis, pursuant to 11 U.S.C. § 707(a), and further

        **UPON,** the appearance of Kevin Purcell, Trial Attorney, on behalf of the Office of the United States Trustee, Region 2, and there being no other appearances, and further

        **UPON**, proper notice, good service and good and sufficient cause for the relief requested, it is

        **ORDERED THAT**, the Chapter 7 Case of Crystal R. Francis, Case Number 12-11023, is hereby dismissed pursuant to 11 U.S.C. § 707(a).

                                                           ###